The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> BERT DAILING, <br> Defendant. | NO. CR17-261RAJ <br><br> ORDER TO SEAL |

Based upon the motion of the United States, and the representations made therein, and finding good cause, it is HEREBY ORDERED that:

The Government's Motion to Seal (Dkt. #39) is GRANTED. Exhibits A, D, and F to the Disposition Memorandum in this matter shall remain under seal due to the sensitive information contained within and shall not be permitted to be made publicly available.

IT IS SO ORDERED this 29th day of March, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
CR17-261 / DAILING

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970